John P. Harrington (#5242)
Cecilia M. Romero (#9570)
HOLLAND & HART LLP
60 E. South Temple, Suite 2000
Salt Lake City, UT 84111-1031
Telephone: (801) 799-5800
Fax: (801) 799-5700
E-Mail: jharrington@hollandhart.com
        cmromero@hollandhart.com

Jane Michaels (admitted pro hac)
Nadya C. Bosch (admitted pro hac)
HOLLAND & HART LLP
555 Seventeenth Street, Suite 3200
Post Office Box 8749
Denver, CO 80201-8749
Telephone (303) 295-8000
Fax (303) 295-8261
E-Mail: jmichaels@hollandhart.com
        ncbosch@hollandhart.com
*Attorneys for Defendant Guy S. Cook*

David K. Isom (#4773)
Isom Law Firm
299 South Main Street, Suite 1300
Salt Lake City, UT 84101
Telephone (801) 209-7400
Fax: (801) 590-8763
E-Mail: david@isomlawfirm.com

Douglas J. Friednash (admitted pro hac)
Greenberg Traurig LLP
1200 17th Street, Suite 2400
Denver, CO 80202
Telephone (303) 572-6553
Fax: (720) 904-7653
E-Mail: friednash@gtlaw.com
*Attorneys for Defendant Bacterin International, Inc.*

Roger H. Hoole (#5089)
Gregory N. Hoole (#7894)
HOOLE & KING, L.C.
4276 South Highland Drive
Salt Lake City, Utah 84124
Telephone (801) 272-7556
Fax: (801) 272-7557
E-Mail: rogerh@hooleking.com
        gregh@hooleking.com
*Attorneys for Plaintiffs Jamal S. Yanaki and ActivaTek, Inc.*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JAMAL S. YANAKI and ACTIVATEK, INC., a Utah corporation<br><br>Plaintiffs,<br><br>v.<br><br>GUY S. COOK and BACTERIN INTERNATIONAL, INC., a Nevada corporation,<br><br>Defendants. | **ORDER FOR REMAND**<br><br><br>Case No. 2:09-cv-01154<br><br>Honorable Tena Campbell |

Pursuant to the stipulation of the parties, the Court hereby remands this action to the Third Judicial District Court in and for Salt Lake County, Utah, Case No. 090912772, before the Honorable Fratto.

Each party to bear his or its own costs and attorney fees.

Dated this 2 day of Feb, 2010.

_____
Judge Tena Campbell

**APPROVED AS TO FORM:**

ATTORNEY FOR GUY S. COOK

/s/ Cecilia M. Romero

ATTORNEY FOR PLAINTIFFS

/s/ Roger Hoole

ATTORNEY FOR BACTERIN INTERNATIONAL, INC.

/s/ Doug Friednash

4718019_1.DOC